CSD 3007 [04/28/96]

# UNITED STATES BANKRUPTCY COURT
Southern District of California

In re
**GARY DAVID WHITE,**

Debtor

Bankruptcy Case No. 01-05868-PB

Adversary Proceeding No.

**C.J. CORPORATION dba**
**CRESCENT JEWELERS,**

Plaintiff

**01-90349 PB**

v.

**GARY DAVID WHITE,**

Defendant

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk | |
|---|---|
| | Clerk, United States Bankruptcy Court |
| | Southern District of California |
| | 325 West "F" Street |
| | San Diego, California 92101-6991 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | |
|---|---|
| | Ronald S. Hodges |
| | John Mark Jennings |
| | MARSHACK SHULMAN HODGES & BASTIAN LLP |
| | 26632 Towne Centre Drive Suite 300 |
| | Foothill Ranch, CA 92610-2808 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Barry K. Lander, Clerk

Dated: 8/29/01       By: _____A.C. CROSBY_____, Deputy Clerk

CSD 3007