**ORIGINAL**

Ronald S. Hodges - Bar No. 150586
John Mark Jennings - Bar No. 192641
**MARSHACK SHULMAN HODGES & BASTIAN LLP**
26632 Towne Centre Drive, Suite 300
Foothill Ranch, California 92610-2808
Telephone:  (949) 340-3400
Facsimile:    (949) 340-3000

Attorneys for Secured Creditor
C.J. Corporation

FILED KD

01 SEP -5 AM 10: 29

CLERK
U.S. BANKRUPTCY CT.
SO. DIST OF CALIF

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**GARY DAVID WHITE,**<br><br>Debtor.<br><br>**C.J. CORPORATION dba CRESCENT JEWELERS,**<br><br>Plaintiff,<br><br>vs.<br><br>**GARY DAVID WHITE,**<br><br>Defendant. | Case No. 01-05868-PB<br><br>Adv. Case No. 01-90349B7<br><br>Chapter 7<br><br>**NOTICE OF EARLY MEETING OF COUNSEL PURSUANT TO LOCAL BANKRUPTCY RULE 7016-2**<br><br><u>Status Conference</u><br>[Not scheduled] |

**TO DEFENDANT, GARY DAVID WHITE AND HIS COUNSEL:**

**PLEASE TAKE NOTICE** that pursuant to the provisions of Local Bankruptcy Rule 7016-2, an early meeting of counsel is required in the above-captioned matter.

Local Rule 7016-2 provides in relevant part as follows:

///

///

///

G:\Wp\CASES\C-D\CJCORP\W\White.gary\EarlyMeetingNotice.wpd
2325-000\EXP.56\PLD

1

1. Counsel for the parties shall meet in person or by telephone for the purposes set forth below. Such meeting shall take place no later than thirty (30) days after the date all defendants have appeared or defaulted or sixty (60) days from the date of the first appearance of any defendant, **WHICHEVER OCCURS FIRST**.

2. At the meeting required by Local Bankruptcy Rule 7016-2, the parties shall:

(a) **Documents:** Exchange all documents then reasonably available to a party which are then contemplated to be used in support of the allegations of the pleadings filed by the party.

(b) **Discovery:** Exchange preliminary schedules of discovery.

(c) **Other Evidence:** Exchange any other evidence then reasonably available to a party to obviate the filing of unnecessary discovery motions.

(d) **List of Witnesses:** Exchange a list of witnesses then known to have knowledge of the facts supporting the material allegations of the pleading filed by the party. The parties will then be under a continuing obligation to advise the opposing party of other witnesses as they may become known.

(e) **Discovery Plan.** Except as required by Fed.R.Bankr.P. 7026(f)(2), the plan of discovery shall indicate the parties' view and proposals concerning the subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused upon a particular issue.

(f) **Settlement:** Discuss settlement of the proceeding.

///
///
///

3. <u>Certificate of Compliance</u>. No less than five (5) <u>court</u> days prior to the first pre-trial status conference, counsel shall file a written certification that they have complied with the requirements of this section.

**PLEASE REFER TO LOCAL BANKRUPTCY RULE 7016-2 FOR FURTHER INFORMATION.**

                    **MARSHACK SHULMAN HODGES & BASTIAN LLP**

Dated: September 4, 2001    By: _____
                                      John Mark Jennings
                                      Attorneys for Secured Creditor
                                      C.J. Corporation

MARSHACK SHULMAN HODGES & BASTIAN LLP
26632 TOWNE CENTRE DRIVE
SUITE 300
FOOTHILL RANCH, CALIFORNIA 92610-2808

G:\Wp\CASES\C-D\CJCORP\W\White.gary\EarlyMeetingNotice.wpd
2325-000\EXP.56\PLD

3

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Foothill Ranch, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 26632 Towne Centre Drive, Suite 300, Foothill Ranch, California 92610.

On September 4, 2001, I served the documents named below on the parties in this Action as follows:

DOCUMENT(S) SERVED:    NOTICE OF EARLY MEETING OF COUNSEL PURSUANT TO LOCAL BANKRUPTCY RULE 7016-2

SERVED UPON:    SEE THE ATTACHED SERVICE LIST

[X]    (BY MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Foothill Ranch, California. I am readily familiar with the practice of Marshack Shulman Hodges & Bastian LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

[ ]    (BY FACSIMILE) The above-referenced document was transmitted by facsimile transmission and the transmission was reported as completed and without error. Pursuant to C.R.C. 2009(i), I either caused, or had someone cause, the transmitting machine to properly transmit the attached documents to the facsimile numbers shown on the service list.

[ ]    (BY OVERNIGHT DELIVERY) I am readily familiar with the practice of Marshack Shulman Hodges & Bastian LLP for collection and processing of documents for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery or for overnight delivery by Express Mail via the United States Postal Service.

[ ]    (BY PERSONAL SERVICE) I delivered to an authorized courier or driver authorized by ASAP Corporate Services, Inc. to receive documents to be delivered on the same date. A proof of service signed by the authorized courier shall be filed upon receipt from ASAP Corporate Services, Inc.

[ ]    (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on September 4, 2001, at Foothill Ranch, California.

_____
Steven P. Swartzell

G:\Wp\CASES\C-D\CJCORP\W\White.gary\EarlyMeetingNotice.wpd
2325-000\EXP.56\PLD

## SERVICE LIST

**Interested Party**
Office of the United States Trustee
402 West Broadway, Suite 630
San Diego, CA 92101

**Debtor/Defendant**
Gary David White
1891 Lassen Street
San Diego, CA 92139

**Debtor/Defendant's Attorney**
Robert L. Gordon, Esq.
2655 Camino Del Rio N. Suite 430
San Diego, CA 92108

MARSHACK SHULMAN HODGES & BASTIAN LLP
26632 TOWNE CENTRE DRIVE
SUITE 300
FOOTHILL RANCH, CALIFORNIA 92610-2808

G:\Wp\CASES\C-D\CJCORP\W\White.gary\EarlyMeetingNotice.wpd
2325-000\EXP.56\PLD

5