CSD 3029 [08/21/00]

Name, Address, Telephone No. & I. D.
Ronald S. Hodges - Bar No. 150586
John Mark Jennings - Bar No. 192641
MARSHACK SHULMAN HODGES & BASTIAN LLP
26632 Towne Centre Drive, Suite 300
Foothill Ranch, CA 92610
Telephone: (949) 340-3400
Facsimile: (949) 340-3000

ORIGINAL

ENTERED 12-18-01
FILED
DEC 17 2001
CLERK U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br><br>GARY DAVID WHITE<br><br>Debtor. | BANKRUPTCY NO. 01-058687-PB |
| CRESCENT JEWELERS dba C.J. CORPORATION,<br><br>Plaintiff(s) | ADVERSARY NO. 01-90349 B7 |
| v.<br><br>GARY DAVID WHITE,<br><br>Defendants(s) | |

## JUDGMENT BY DEFAULT

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2), for a total of  2  pages, is granted. Request for Default Docket Entry No. __

//

//

//

//

DATED: DEC 17 2001

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

MARSHACK SHULMAN HODGES & BASTIAN LLP
(Firm name)

By: John Mark Jennings
    Attorney for Movant

CSD 3029

CSD 3029 [08/21/00] **(Page 2)**
DEBTOR: GARY DAVID WIHTE
CASE NO: 01-058687-PB
ADVERARY NO.: 01-90349 B7
JUDGMENT BY DEFAULT

Default was entered against defendant, <u>GARY DAVID WHITE</u>,

on _____. Therefore, on motion of the plaintiff, judgment is entered against that defendant in favor of the plaintiff as follows.

IT IS ORDERED THAT:

1. That Judgment in favor of Crescent Jewelers ("Plaintiff") and against Gary David White ("Defendant") for the sum of six thousand three hundred and fifteen dollars and sixty four cents ($6,315.64), plus interest at the rate of 20.9% per annum from and after June 1, 2001, until the date of judgment;

2. That the Debt due and owing from the Defendant to Plaintiff is nondischargeable;

3. For all sums expended by Plaintiff in attempting to obtain possession of the personal property including ~~reasonable attorney's fees in the amount of $ 445.00 and~~ costs in the amount of $ __150.00__ ; and

4. The Clerk is ordered to enter the Judgment.


CSD 3029