CSD 3059 (12/29/99)
Name, Address, Telephone No. & I.D.
Ronald S. Hodges Bar No. 150586
John Mark Jennings Bar No. 192641
MARSHACK SHULMAN HODGES & BASTIAN LLP
26632 Towne Centre Drive, Suite 300
Foothill Ranch, CA 92610-2808
Telephone: (949) 340-3400
Facsimile: (949) 340-3000

ENTERED
FILED
JAN 29 2002
CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br><br>GARY DAVID WHITE,<br><br>　　　　　　　　　　　　Debtor. | BANKRUPTCY NO. 01-05868-7-PB |
| CRESCENT JEWELERS dba C.J. CORPORATION,<br><br>　　　　　　　　　　　　Plaintiff(s) | ADVERSARY NO. 01-90349 B7 |
| v.<br><br>GARY DAVID WHITE,<br><br>　　　　　　　　　　　　Defendants(s) | |

## ABSTRACT OF JUDGMENT

I certify that in the above-entitled proceeding, Judgment was entered [or registered] in the docket of the United States Bankruptcy Court, for the Southern District of California, on __December 17, 2001__, in favor of

Crescent Jewelers

and against

| Name | Social Security and/or Driver's License Number [If known] |
|---|---|
| Gary David White | 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 |

for $ 6,315.64　　　　　　　　　　Principal, $ 723.20　　　　　　　　　　Interest,

$ 0.00　　　　　　　　　　Attorney Fees, and $150.00　　　　　　　　　　Costs.

ATTESTED this __29__ day of __January 2002__

Barry K. Lander, Clerk

By: __D L Denton__, Deputy Clerk

[Seal of the U.S. Bankruptcy Court]

Conformed Copy to File

CSD 3059

CSD 1526 (08/08/94)

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF CALIFORNIA** 325 West "F" St., San Diego, CA 92101-6991

Crescent Jewelers _____, DEBTOR/PLAINTIFF    Case No. 01-90349
v.
Gary David White _____, DEFENDANT (if any)    Complaint No. _____

TO THE CLERK - Please issue [ ] copies [X] originals of the following documents:    PRAECIPE

| No. of Copies | Doc. # &/or Date Filed | DESCRIPTION | # of Pages ($.50/ea) | Certify ($5/ea) | Cost per doc. |
|---|---|---|---|---|---|
| 4 | | Abstract of Judgment | | | |
| | | 20.00 Search fee + 7.00 certification fee | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Payment received: $ NTE $50.00    Total: $48.00

Instructions:  [ ] Will pick up
[X] Mail Env. enclosed
[ ] Phone

Signature: X S.P. Sutt(?)    Date: 1-24-02
Print Name: Steven P. Swartzell
Address: 26632 Towne Centre Drive, Suite 300
City, State, ZIP: Foothill Ranch, CA 92610
Phone: (949) 340-3400

Date Issued/Completed:
By: 159198 _____, Deputy Clerk
CSD 1526

===================================================================

CSD 1526 (08/08/94)

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF CALIFORNIA** 325 West "F" St., San Diego, CA 92101-6991

_____ v. _____, DEBTOR/PLAINTIFF    Case No. _____

_____, DEFENDANT (if any)    Complaint No. _____

TO THE CLERK - Please issue [ ] copies [ ] originals of the following documents:    PRAECIPE

| No. of Copies | Doc. # &/or Date Filed | DESCRIPTION | # of Pages ($.50/ea) | Certify ($5/ea) | Cost per doc. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Payment received: $ _____    Total: _____

Instructions:  [ ] Will pick up
[ ] Mail
[ ] Phone

Signature: _____    Date: _____
Print Name: _____
Address: _____
City, State, ZIP: _____
Phone: _____

Date Issued/Completed:
By: _____, Deputy Clerk
CSD 1526